PEOPLE *v.* ALONZO SANDERS

1. Criminal Law—Res Gestae Witnesses—Accomplice—Failure
to Indorse.

The rule requiring the people to indorse on the information
and call all *res gestae* witnesses does not apply to accomplices.

2. Criminal Law—Evidence—Sufficiency—Inferential Proof.

Accused's guilt may be proved inferentially, and Court of Appeals will not reverse trial court where the evidence, taken
as a whole, including the reasonable inferences therefrom, supports the court's finding that the defendant was guilty beyond
a reasonable doubt.

Appeal from Recorder's Court of Detroit, Henry
Heading, J.  Submitted Division 1 November 4,
1970, at Detroit.  (Docket No. 8446.)  Decided December 7, 1970.

Alonzo Francis Sanders was convicted of larceny
in a building.  Defendant appeals.  Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *William L. Cahalan,*
Prosecuting Attorney, *Dominick R. Carnovale,*
Chief, Appellate Department, and *Gerard A. Poehl-*

References for Points in Headnotes

[1] 39 Am Jur, New Trial § 38.
   41 Am Jur 2d, Indictments and Informations § 56.
[2]  5 Am Jur 2d, Appeal and Error § 883.
   30 Am Jur 2d, Evidence § 1124 *et seq.*

*man,* Assistant Prosecuting Attorney, for the people.

*Alan A. May,* for defendant on appeal.

Before: LESINSKI, C. J., and J. H. GILLIS and BEASLEY,* JJ.

PER CURIAM.   Defendant appeals his nonjury conviction of larceny in a building. MCLA § 750.360 (Stat Ann 1954 Rev § 28.592).

Defendant claims error in plaintiff's failure to indorse and produce an alleged *res gestae* witness,[1] a co-defendant whose case was subsequently dismissed. The rule requiring the people to indorse on the information and call all *res gestae* witnesses does not apply to accomplices.   *People* v. *Virgil Brown* (1969), 15 Mich App 600; *People* v. *Chaney* (1970), 21 Mich App 120; *People* v. *Leroy Morgan* (1970), 24 Mich App 660.

Defendant also alleges that the evidence was insufficient to support the verdict.   An accused's guilt may be proved inferentially.   *People* v. *Moceri* (1940), 294 Mich 483.   We are satisfied that the evidence taken as a whole, including reasonable inferences therefrom, supports the trial court's finding that the defendant was guilty beyond a reasonable doubt.   *People* v. *Helcher* (1968), 14 Mich App 386.
    Affirmed.

---

* Circuit judge, sitting on the Court of Appeals by assignment.
[1] MCLA § 767.40 (Stat Ann 1970 Cum Supp § 28.980).